542 U.S. 930
 AVALOS-LUMBRERAS
v.
UNITED STATES (Reported below: 87 Fed. Appx. 917);
DE HOYOS-GARCIA
v.
UNITED STATES (88 Fed. Appx. 769);
DUQUE-RESTREPO
v.
UNITED STATES (88 Fed. Appx. 743);
FRAYRE-SALAS
v.
UNITED STATES (87 Fed. Appx. 436);
GARCIA-CASTRO
v.
UNITED STATES (87 Fed. Appx. 943);
GONZALEZ-APODACA
v.
UNITED STATES (87 Fed. Appx. 437);
GRAJEDA-ZAMORANO
v.
UNITED STATES (88 Fed. Appx. 759);
HERNANDEZ-SOSA
v.
UNITED STATES (88 Fed. Appx. 764);
JUAREZ-SANCHEZ
v.
UNITED STATES (88 Fed. Appx. 736);
LOPEZ-MERCADO
 LOPEZ-MERCADO
v.
UNITED STATES (88 Fed. Appx. 767);
NEGRETE-ALBA
v.
UNITED STATES (88 Fed. Appx. 739);
PUNAY-BELTRAN
v.
UNITED STATES (88 Fed. Appx. 741);
RIOS-QUINTERO
v.
UNITED STATES (88 Fed. Appx. 748); and
RONQUILLO-BARRAZA
v.
UNITED STATES (88 Fed. Appx. 737).
 No. 03-10499.
 Supreme Court of United States.
 June 21, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied.